_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 20, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: ) Case No.: 22-11027-abl
)
LILLIAN JO SONDGEROTH DONOHUE, ) Chapter 13
)
Debtor. ) Hearing Date: May 12, 2022
) Hearing Time: 1:30 p.m.
)
)
)

### ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

On May 12, 2022, the Court issued its oral ruling on a Motion to Terminate Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) on Order Shortening Time [RE: Real Property 2240 East Calvada Blvd., Pahrump, Nevada 89048, APN 38-891-07] ("Stay Relief Motion") (ECF No. 21).[1] The Stay Relief Motion was filed on behalf of Geraldine M. Wardlow, Trustee of The Wardlow Survivor's Trust Dated December 27, 2012 ("Creditor").

At the May 12, 2022 hearing, attorney Ogonna M. Brown appeared telephonically on behalf of the Creditor. Attorney Michael Lehners appeared telephonically on behalf of Lillian Jo Sondgeroth Donohue ("Debtor"). No other appearances were noted on the record.

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 12, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Stay Relief Motion is **DENIED WITHOUT PREJUDICE**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #