CHRISTOPHER P. BURKE, ESQ  
Nevada Bar No.: 004093  
atty@cburke.lvcoxmail.com  
218 S. Maryland Pkwy.  
Las Vegas, NV 89101  
Attorney for Debtor  

ECF Filed on 6/16/2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

LILLIAN JO SONDGEROTH DONOHUE,

Debtor.

Case No.: 22-11027-ABL  
Chapter 13

Date: OST  
Time: OST

**ADDENDUM TO DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND SEQUESTER FUNDS (Dkt.#66) FOR COMMERCIAL PROPERTY 2240 EAST 2240 EAST CALVADA BLVD., PAHRUMP, NEVADA 89048**

Debtor, Lillian Jo Sondgeroth Donohue ("Debtor" or "Donohue"), who files this addendum to her Motion to Sell Real Property Free and Clear of Liens and Sequester Funds, (Dkt.#66) to include an update on the Purchase Agreement to sell her commercial property 2240 East Calvada Blvd., Pahrump, Nevada 89048 ("2240 East Calvada Blvd.,"), the Debtor states as follows:

1. The offer to purchase the commercial property 2240 East Calvada Blvd., for $550,000 has adjusted to $540,000 due to the heating and cooling systems needing repairs.

2. The agreement on the sale of 2240 East Calvada Blvd., which had a deadline of August 8, 2022, has changed and escrow is scheduled to close on or before July 20, 2022. (See attached Ex. 'C'-Decl. L. Donahue and Ex. 'D'-Purchase Agreement).

Dated this 16th day of June, 2022

*/s/CHRISTOPHER P. BURKE, ESQ.*  
CHRISTOPHER P. BURKE, ESQ.