# Ex. 'C'

Declaration of
Lillian Jo Sondgeroth Donohue

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:

LILLIAN JO SONDGEROTH DONOHUE,

Debtor.

Case No.: 22-11027-ABL
Chapter 13

Date:
Time:

### PURSUANT TO 28 U.S.C. §1746 LILLIAN JO SONDGEROTH DONOHUE DECLARES THE FOLLOWING:

I, Lillian Jo Sondgeroth Donohue, declare under penalty of perjury that the foregoing is true and correct:

1. That I am the above-mentioned Debtor in this chapter 13 bankruptcy case.
2. That on March 24, 2022 I filed a chapter 13 bankruptcy case.
3. That I am attempting to sell 2240 East Calvada Blvd., Pahrump, Nevada 89048 ("2240 East Calvada Blvd.") (Ex. 'D' Purchase Agreement).
4. That the offer to purchase my commercial property 2240 East Calvada Blvd., for $550,000 has adjusted to $540,000 due to the heating and cooling systems needing repairs.
5. That originally the sale was scheduled to close on July 13, 2022 and we only extended the date to August 8, 2022, out of an abundance of caution, because of the sale having to go through the Bankruptcy Court.
6. That now because all parties would like the deal to close sooner, the deadline has changed and escrow is scheduled to close on or before July 20, 2022 (See attached Ex. 'D'-Purchase Agreement)
7. That I have accepted these amendments.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated this 16th day of June, 2022.

_____
Lillian Jo Sondgeroth Donohue