# Ex. 'A'

Fourth Recorded Loan
Modification Extension

APN #: 038-891-07

When recorded mail to:

The Wardlow Survivor's Trust
Dated December 27, 2012
Geraldine M. Wardlow, Trustee
12627 Spring Creek Court
Moorpark, CA 93021

Account Number 119566

**DOC #987766**

Official Records Nye County NV
Deborah Beatty - Recorder
06/21/2022 12:36:56 PM
Requested By: SECURITY 1ST TITLE OF
Recorded By: sb  RPTT:$0
Recording Fee: $37.00
Non Conformity Fee: $
Page 1 of 5

Modification Agreement of Note Secured By Deed of Trust

The Attached Note Modification dated, January 10, 2012. Is being recorded at the request of the beneficiary Geraldine M. Wardlow, Trustee of the Wardlow Survivor's Trust dated December 27, 2012.

Note Collection #119566erw

## MODIFICATION AGREEMENT NOTE SECURED BY DEED OF TRUST

Agreement made this **10th** day of **January 2012**, between **Lillian Donohue, a married woman as her sole and separate property,** herein referred to as Trustor/Maker and **A D Lending Corporation, a Nevada Corporation,** herein referred to as Beneficiary/Holder.

The parties recite and declare that:

1.  The Beneficiary/Holder is the holder and Beneficiary of that certain Note Secured by Deed of Trust Note dated **December 28, 2006** in the principal amount of **Three Hundred Twenty Thousand and no/100 dollars ($320,000.00)** secured by a Deed of Trust dated the **28th** day of **December 2006,** and recorded **January 9, 2007** as Document **#676582,** in the records of the **NYE** County records, Nevada, which said Note and Deed of Trust was made by Trustor/Maker.

2.  That Trustor/Maker and Beneficiary/Holder desire to change and modify the terms of said Note and Deed of Trust. If not specifically mentioned and modified below, the terms remain the same as what is currently in effect.

Now therefore in consideration of the mutual covenants and promises of the parties hereto Trustor/Maker and Beneficiary/Holder covenant and agree as follows:

1.  MATURITY DATE: **Extended to January 9, 2016**

2.  PRINCIPAL BALANCE: **No change-remains the same**

3.  PRINCIPAL AND INTEREST PAYMENT: **No change-remains the same**

4.  INTEREST PAID TO DATE: **No change-remains the same**

5.  NEXT PAYMENT DUE DATE:  **No change-remains the same**

6.  INTEREST RATE: **No change-remains the same**

7.  LATE CHARGE: **No change-remains the same**

8.  OTHER CONDITIONS: **Borrower will pay $50.00 fee to the lender as a fee for the extension. Fee will be due/paid at time the note modification is signed and returned.**

Initials _____  _____  _____

Page 1 of 2

IN WITNESS WHEREOF, the parties have executed this agreement at Pahrump, Nevada on the day and year first written above.

**Trustor/Maker:**

**Lillian Donohue**

STATE OF _Nevada_, COUNTY OF _Nye_ ss.

On _January 13, 2012_ before me, a Notary Public, appeared **Lillian Donohue** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged that she executed it.

Signature _____
(Notary Public)
My commission expires _7-11 2014_
(Notary Seal in box)

NOTARY PUBLIC
STATE OF NEVADA
County of Nye
ELIZABETH SCHWINKENDORF
No. 92-76321-14
My Appointment Expires July 11, 2014

**Beneficiary:**
**A D Lending Corporation:**

**Geraldine Wardlow, President/Secretary**

STATE OF _____, COUNTY OF _____ ss.

On _____ before me, a Notary Public, appeared **Geraldine Wardlow** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged that she executed it.

_Signed in Counter Parts_

Signature _____
(Notary Public)
My commission expires _____
(Notary Seal in box)

Page 2 of 2
Modification Agreement dated 01/10/2012
Note Collection #119566

Note Collection #119566erw

## MODIFICATION AGREEMENT NOTE SECURED BY DEED OF TRUST

Agreement made this **10th** day of **January 2012,** between **Lillian Donohue, a married woman as her sole and separate property,** herein referred to as Trustor/Maker and **A D Lending Corporation, a Nevada Corporation,** herein referred to as Beneficiary/Holder.

The parties recite and declare that:

1. The Beneficiary/Holder is the holder and Beneficiary of that certain Note Secured by Deed of Trust Note dated **December 28, 2006** in the principal amount of **Three Hundred Twenty Thousand and no/100 dollars ($320,000.00)** secured by a Deed of Trust dated the **28th** day of **December 2006,** and recorded **January 9, 2007** as Document **#676582,** in the records of the **NYE** County records, Nevada, which said Note and Deed of Trust was made by Trustor/Maker.

2. That Trustor/Maker and Beneficiary/Holder desire to change and modify the terms of said Note and Deed of Trust. If not specifically mentioned and modified below, the terms remain the same as what is currently in effect.

Now therefore in consideration of the mutual covenants and promises of the parties hereto Trustor/Maker and Beneficiary/Holder covenant and agree as follows:

1. MATURITY DATE: **Extended to January 9, 2016**

2. PRINCIPAL BALANCE: **No change-remains the same**

3. PRINCIPAL AND INTEREST PAYMENT: **No change-remains the same**

4. INTEREST PAID TO DATE: **No change-remains the same**

5. NEXT PAYMENT DUE DATE:  **No change-remains the same**

6. INTEREST RATE: **No change-remains the same**

7. LATE CHARGE: **No change-remains the same**

8. OTHER CONDITIONS: **Borrower will pay $50.00 fee to the lender as a fee for the extension. Fee will be due/paid at time the note modification is signed and returned.**

Initials _____  ____  ____  ____

Page 1 of 2

IN WITNESS WHEREOF, the parties have executed this agreement at Pahrump, Nevada on the day and year first written above.

**Trustor/Maker:**

_____

**Lillian Donohue**

STATE OF _____, COUNTY OF _____ ss.

On _____, before me, a Notary Public, appeared **Lillian Donohue** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged that **she** executed it.

Signature_____
          (Notary Public)
My commission expires_____
                         (Notary Seal in box)

*signed in counter parts*

**Beneficiary:**
**A D Lending Corporation:**

_____
**Geraldine Wardlow, President/Secretary**

STATE OF _____CA_____, COUNTY OF _VENTURA_ ss.

On _1-16-2012_ before me, a Notary Public, appeared **Geraldine Wardlow** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to this instrument and acknowledged that **she** executed it.

Signature_____
          (Notary Public)
My commission expires_JAN 24, 2013_
                         (Notary Seal in box)

JAMES WU
COMM. #1829558
NOTARY PUBLIC ● CALIFORNIA
VENTURA COUNTY
Comm. Exp. JAN. 24, 2013

Page 2 of 2
Modification Agreement dated 01/10/2012
Note Collection #119566