# Ex. 'B'

Declaration of
Lillian Jo Sondgeroth Donohue

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-11027-ABL |
| | Chapter 13 |
| LILLIAN JO SONDGEROTH DONOHUE, | |
| Debtor. | Date: August 03, 2022 |
| | Time: 9:30 a.m. |

**PURSUANT TO 28 U.S.C. §1746 LILLIAN JO SONDGEROTH DONOHUE DECLARES THE FOLLOWING:**

I, Lillian Jo Sondgeroth Donohue, declare under penalty of perjury that the foregoing is true and correct:

1. That I am the above-mentioned Debtor in this Chapter 13 bankruptcy case.

2. That on March 24, 2022 I filed a Chapter 13 bankruptcy case.

3. That I am 74 years old.

4. That on Schedule A/B of my petition, I listed my commercial property, located at 2240 East Calvada Blvd., Pahrump, Nevada 89048 ("2240 East Calvada Blvd.,").

5. That I listed The Wardlow Survivor's Trust Dated December 27, 2012 ("Wardlow Trust"), as a secured creditor. They are the lien holder on my commercial property located at 2240 East Calvada Blvd., Pahrump, Nevada 89048.

6. That on May 20, 2022, I amended my schedules to list the Wardlow Trust debt as contingent and disputed (Dkt. #41).

1

7. That I value 2240 East Calvada Blvd., property at between $540,000 and $600,000 with the Wardlow Trust owed a disputed amount of $360,000 (Dkt.#41, Amended Schdl 'A/B' and 'D').

8. That I have paid on this property since 2006 for about 15 years.

9. That the Wardlow Trust holds a disputed note and deed of trust on the 2240 East Calvada Blvd., property. The note was executed in 2006, as was the deed of trust.

10. That under the terms of the note, all amounts came due and payable on January 9, 2009.

11. That over the years, we have signed four modification agreements, extending the maturity date. None of these modification agreements were recorded in the Nye County Recorder's office until *after* the bankruptcy had been filed.

12. That the Wardlow Trust recorded three of the four extension modification agreements post-petition on June 7, 2022 (Dkt.#60, p.7, ln.5-16).

13. The fourth modification extension was recorded on June 21, 2022 (Ex. 'A')

14. That the Wardlow Trust admits it took the actions of recording those loan extensions post-petition (Dkt.#60, p.10, ln.21-23).

15. That at that time the Wardlow Trust knew of my Chapter 13 bankruptcy filing.

16. That the Wardlow Trust has filed two (2) motions to lift stay (Dkt.#21 and #33).

17. That I am currently trying to sell 2240 East Calvada Blvd., for approximately $540,000.

18. That learning that the Wardlow Trust placed those liens on 2240 East Calvada Blvd., on June 7, 2022, and June 21, 2022 has been very upsetting and has made me very concerned for the sale of this property and any

2

proceeds.

19. That because of all this added stress and worrying that the Wardlow Trust actions have caused, it has cost me a loss of sleep and anxiety the past two weeks.

20. That I have spent about $50 in gas going back and forth to my attorney's office.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated this 22nd day of June, 2022.

_____
Lillian Jo Sondgeroth Donohue

3