_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 05, 2022

Christopher Patrick Burke, Esq.
218 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 385-7987
atty@cburke.lvcoxmail.com
Attorney for Debtor
Lillian Jo Sondgeroth Donohue

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE<br><br>Lillian Jo Sondgeroth Donohue,<br><br>　　　　　Debtor. | Case No. 22-11027-ABL<br>Chapter 13<br><br>Date:　June 30, 2022<br>Time:　1:30 p.m. |

**ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND DENYING MOTION TO SEQUESTER FUNDS (Dkt.#66)**

THIS MATTER came before the Court on the motion of the Debtor, Lillian Jo Sondgeroth Donohue ("Debtor" or "Donohue") to sell her real property located at 2240 East Calvada Blvd., Pahrump, Nevada 89048 ("Calvada") APN 38-891-07 free and clear of liens and to sequester funds. Christopher Burke, Esq. appeared on behalf of the Debtor, Ogonna Brown, Esq., appeared and filed a Limited Opposition on behalf of the Wardlow Survivor's Trust ("Wardlow") and Danielle N. Gueck-Townsend, Esq. appeared for Kathleen A. Leavitt, Chapter 13 Trustee ("Trustee"), the Court stated its findings of fact and conclusions of law on the record in accordance with FRBP 7052, and good cause appearing:

**IT IS HEREBY ORDERED** that the Debtor's motion to sell the 2240 East Calvada APN 38-891-07 for the sum of $540,000 is hereby approved pursuant to the terms set forth

in the Residential Purchase Agreement filed as Ex. 'D' to the Addendum (Dkt.#72-2);

**IT IS HEREBY ORDERED** that the motion to sequester funds in the amount of the proof of claim plus six months is denied;

**IT IS FURTHER ORDERED** that the sale of the 2240 East Calvada shall be free and clear of all liens and interests including, but not limited to the Deed of Trust in favor of The Wardlow Trust recorded in Nye County on January 9, 2007 as Document No. 676582, and subsequently assigned to the Wardlow Survivor's Trust and any other interest the Wardlow Trust may have;

**IT IS FURTHER ORDERED** that no funds shall be disbursed through closing to the Wardlow Survivor's Trust, but The Wardlow Survivor's Trust will continue to maintain a lien on the proceeds of the sale until further order of the Court;

**IT IS FURTHER ORDERED** that the net proceeds from the sale of 2240 East Calvada meaning the entire amount remaining after payment of normal closing costs through escrow, shall be disbursed to Kathleen A. Leavitt, Chapter 13 Trustee as a payment under the plan to be held in the Bankruptcy Estate of Case No. 20-11027-ABL until further order of this Court;

**IT IS FURTHER ORDERED** that the 14 day appeal period is waived.

**IT IS SO ORDERED.**

DATED this 1st day of July, 2022.

Submitted By:                                              *Approved*/Disapproved

*/s/ Christopher Burke, Esq*                               */s/ Ogonna Brown, Esq.*
Christopher Burke, Esq.                                    Ogonna Brown, Esq.
Attorney for Debtor                                        Attorney for the Wardlow Survivor's Trust

**Approved**/Disapproved

*/s/Danielle N. Gueck-Townsend, Esq*.
Danielle N. Gueck-Townsend, Esq.
Staff Attorney
Kathleen A. Leavitt, Chapter 13 Trustee

###

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___   The court waived the requirement set forth in LR 9021(b)(1).

___   No party appeared at the hearing or filed an objection to the motion.

X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Danielle Gueck-Townsend Esq.
Kathleen A. Leavitt
711 S. 4th Street
Suite 101
Las Vegas, Nevada  89101
(702) 853-0700
*Approved*

Ogonna M. Brown, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Email: OBrown@lewisroca.com
*Attorneys for Secured Creditor The Wardlow Survivor's Trust Dated December 27, 2012*
*Approved*

___   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor