_____
Honorable August B. Landis
United States Bankruptcy Judge

Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Eckley M. Keach, III, Esq.
Nevada Bar No. 14727
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298
Email: OBrown@lewisroca.com
Email: EKeach@lewisroca.com

*Attorneys for Secured Creditor The Wardlow Survivor's Trust Dated December 27, 2012*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LILLIAN JO SONDGEROTH DONOHUE,<br><br>Debtor. | Case No.: 22-BK-11027-ABL<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SECURED CREDITOR WARDLOW SURVIVOR'S TRUST FOR PAYMENT OF DAMAGES AND TO VACATE EVIDENTIARY HEARING ON DAMAGES ARISING FROM CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Chief Judge: Hon. August B. Landis |

Debtor, Lillian Jo Sondgeroth Donohue ("Debtor") and Secured Creditor, [1] Geraldine M. Wardlow, Trustee of The Wardlow Survivor's Trust Dated December 27, 2012 ("Secured Creditor"

---

[1] Notwithstanding the defined term "Secured Creditor" used for purposes of this Stipulation, Debtor does not concede that the Wardlow Survivor's Trust Date December 27, 2012 is a secured

119181334.1

or "The Wardlow Survivor's Trust"), by and through their respective counsel having filed their *Stipulation Between Debtor and Secured Creditor Wardlow Survivor's Trust for Payment of Damages and to Vacate Evidentiary Hearing on Damages Arising From Contempt for Violation of the Automatic Stay Under 11 U.S.C. §362* (the "Stipulation"); the Court having reviewed and considered the Stipulation, and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**.

2. The evidentiary hearing on Debtor's Motion for Contempt for Violation of the Automatic Stay Under §362(a) and Damages Against Creditor, The Wardlow Survivor's Trust (the "Motion") scheduled for **October 24, 2022,** at **1:30 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED.**

Submitted by:

DATED this 17th day of October, 2022.     DATED this 17th day of October, 2022.

By: /s/ Christopher Burke
Christopher Patrick Burke
Nevada Bar No. 4093
218 S Maryland Pkwy
Las Vegas, Nevada 89101
Telephone: (702) 385-7987
Email: atty@cburke.lvcoxmail.com

*Attorneys for Lillian Jo Sondgeroth Donohue*

By: /s/ Ogonna Brown
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Eckley M. Keach, III, Esq.
Nevada Bar No. 14727
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 474-2622
Facsimile: (702) 949-8298
Email: OBrown@lewisroca.com

*Attorneys for Secured Creditor The Wardlow Survivor's Trust Dated December 27, 2012*

# # #

---

creditor, which validity of the security interest is subject to litigation in the pending adversary proceeding before this Court.

- 2 -

119181334.1