CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

*ECF Filed on 3/7/23*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 22-11027-ABL |
| LILLIAN JO SONDGEROTH DONOHUE, | Chapter 13 |
| Debtor. | Date:<br>Time: |

### NOTICE OF WITHDRAWAL OF CHAPTER 13 PLAN NO. 1 (DKT.#15)

COMES NOW Debtor, Lillian Jo Sondgeroth Donohue ("Debtor" or "Donohue"), who files this Notice of Withdrawal of her Chapter 13 Plan No. 1 filed on April 7, 2022 (Dkt.#15).

Dated this 7th day of March, 2023.

/S/CHRISTOPHR P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

1