_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 24, 2023
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
Facsimile: (702) 853-0713
E-mail: danielle@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                                    )       BK-22-11027-ABL
                                          )       Chapter 13
LILLIAN JO SONDGEROTH DONOHUE,            )
                                          )        Date: n/a
                          Debtor.         )        Time: n/a
_____)

**ORDER ON MOTION TO FILE UNDER SEAL**

The Court, having considered the Motion to File Under Seal entered on Docket in the above captioned case as well as the documents submitted for *in camera* review in accordance with Local Rule 9018, hereby Finds and Orders:

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is **DENIED.**

1

1

2    **IT IS SO ORDERED.**

3

4    Submitted by:

5

6    /s/   Danielle N. Gueck-Townsend
     DANIELLE N. GUECK-TOWNSEND, ESQ.
7    Nevada Bar No. 12164
     711 S. 4th St, Suite 101
8    Las Vegas, Nevada  89101
     Attorney for Kathleen A. Leavitt,
9    Chapter 13 Bankruptcy Trustee
     Dated: 5/17/23
10

11

12

13   **LR 9021 CERTIFICATION**:

14   In accordance with LR 9021, an attorney submitting this document certifies as follows:

15   _____ The court has waived the requirement set forth in LR 9021(b)(1).

16   x_____   No party appeared at the hearing or filed an objection to the motion.

17   _____ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each
18   has approved or disproved the order, or failed to respond, as indicated below:

19   _____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the
20   motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                        2
                                       ###
21

22

23

24

25

26

27

28