_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 26, 2023

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail:  kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.:22-11027-ABL |
| | Chapter 13 |
| LILLIAN JO SONDGEROTH DONOHUE, | |
| | Date:   May 1, 2023 |
| Debtor. | Time:  9:30 a.m. |

**ORDER GRANTING STIPULATION RESOLVING DONOHUE'S DISMISSAL OF HER CHAPTER 13 CASE AND MOTION TO RETURN TO DONOHUE ALL FUNDS THE CHAPTER 13 TRUSTEE IS HOLDING**

The Court having considered the Stipulation filed as Docket No. 155 hereby ORDERS:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

1

**IT IS FURTHER ORDERED** that the Debtor's Chapter 13 Bankruptcy Case is DISMISSED.

Submitted by:

/s/  Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated: _____5/17/23_____

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__x____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

|  |  |  |
|---|---|---|
| Approved: | x_____ |
| Disapproved: | _____ |
| Failed to Respond: | _____ |

/s/ Christopher Burke
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No. 04093
218 S. Maryland Parkway
Las Vegas, Nevada  89101
Attorney for the Debtor
Dated: 5/17/23

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2
###